UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| B.D.V.S., </br></br> Petitioner, </br></br> v. </br></br> KERRY J. FORESTAL Sheriff, in his official capacity As Warden of Marion County Jail in Indianapolis, *et al.*, </br></br> Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 1:25-cv-01968-SEB-TAB </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on October 8, 2025, and issued final judgment that same day. Dkts. 15,16. The final judgment, however, did not specify the relief that was awarded. See *Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Pursuant to the Court of Appeals' limited order of remand, dkt. 26, the **clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**IT IS SO ORDERED.**

Date: 1/27/2026

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony W. Overholt
Frost Brown Todd LLP
aoverholt@fbtgibbons.com

Karen Weinstock
Weinstock Immigration Lawyers
kweinstock@visa-pros.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov